**VACATE and REMAND and Opinion Filed January 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00929-CV**

**RUCKUS MARKETING, LLC, Appellant**
**V.**
**FREEMAN EXPOSITIONS, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18208**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

The parties have informed the Court they have settled all matters in controversy and request, by joint motion, that we set aside the trial court's judgment and remand the case for the trial court to render judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion and, without regard to the merits, vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210929F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RUCKUS MARKETING, LLC,
Appellant

No. 05-21-00929-CV      V.

FREEMAN EXPOSITIONS, LLC,
Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-18208.
Opinion delivered by Chief Justice
Burns, Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment without regard to the merits and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, we **ORDER** that appellee Freeman Expositions, LLC recover its costs, if any, of this appeal from appellant Ruckus Marketing, LLC.

Judgment entered January 7, 2022